United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                   Case No. 2:20-mj-824

David Jeremy Zobel

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   December 7, 2020 @ 11:00 a.m. | |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Heather Hill |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Soma Dutta |
| **Interpreter** | | **Pretrial/Probation:** | Lyman Brown/Leticia Vazquez-Villa |

Defendant waives identity hearing.

Defendant consents to appear via videoconference.

Defendant advised of rights, charges, and penalties.

Government seeks detention.

Defendant waives detention and preliminary hearings in this district.

Defendant committed to District of Washington, D.C.

Defendant remanded to USMS.