IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                               Case Number 2:20-mj-824

**DAVID JEREMY ZOBEL**,

        Defendant.

## DUE PROCESS PROTECTIONS ACT ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

    **IT IS SO ORDERED.**

December 7, 2020                                       /s/ Kimberly A. Jolson
  (Date)                                                  Kimberly A. Jolson
                                                              United States Magistrate Judge